IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02272-RTG

IRADAN GUALTERO-PACHECO,

Petitioner,

v.

[NO NAMED RESPONDENT],

Respondent.

---

## ORDER OF DISMISSAL

---

Petitioner Iradan Gualtero-Pacheco is being held at an immigration detention facility in Aurora, Colorado. Petitioner submitted *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paid the required filing fee. (ECF No. 1). Accordingly, this habeas corpus action was opened.

On May 22, 2026, the Court ordered Petitioner to cure certain filing deficiencies. (ECF No. 5). Specifically, Petitioner was ordered to submit the proper Application on the court-approved form. (*Id.*); *see also* D.C.COLO.LCivR 5.1(c) (unrepresented parties must use the forms posted on the court's website). The Court gave Petitioner 30 days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.*).

Petitioner has not responded to the Court's May 22 Order Directing Petitioner to

Cure Deficiencies within the time allowed. (*See* docket). Therefore, this action will be dismissed without prejudice for failure to comply with the Court's order to cure filing deficiencies and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Petitioner must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __10th__ day of ___July___, 2026.

BY THE COURT:

___s/Lewis T. Babcock_____

LEWIS T. BABCOCK, Senior Judge
United States District Court