IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02272-LTB

IRADAN GUALTERO-PACHECO,

Petitioner,

v.

[NO NAMED RESPONDENT],

Respondent.

---

JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on July 10, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 10 day of July, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/E. Cha
Deputy Clerk